**SO ORDERED.**
SIGNED this 4th day of October, 2013

_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 08-15917 |
| BILL RAE JENNINGS, JR., ) | |
| ) | Chapter 7 |
| Debtor. ) | |

### EX PARTE ORDER APPROVING MOTION TO REOPEN CASE

This cause came before the Court on the Trustee's Motion to Reopen Case due to the fact that the case was closed before all of the assets of the estate were fully administered. For this reason, it is

ORDERED, that case number 08-15917 be reopened, and the Trustee be allowed to fully administer the assets of the estate, and also that the Trustee be allowed to defer the cost of reopening this case should assets not be administered.

# # #

APPROVED:

WILLIAM M. FOSTER, PLLC

By:  /s/ *William M. Foster*
Attorney for William M. Foster, *Trustee*
BPR # 1050
P.O. Box 4716
Mountain Creek Professional Center
901 Mountain Creek Road - Suite 201
Chattanooga, TN  37405
Telephone:    (423) 877-4250
Facsimile:    (423) 877-8082