**SO ORDERED.**
SIGNED this 5th day of November, 2015

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_/s/ Shelley D. Rucker_
Shelley D. Rucker
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In Re:

BILLY RAE JENNINGS, JR.,
Debtor

Case No.:1:08-BK-15917-SDR

Chapter 7

### ORDER APPROVING COMPROMISE AGREEEMENT

This matter came before the Court upon the Notice and Motion to Approve Compromise Agreement, filed by the Trustee, upon the hearing of the said motion, and upon the entire record before the Court, the Court finds that the motion is well taken and ought to be granted. It is therefore,

ORDERED that the Motion to Approve Compromise Agreement, filed by the Trustee, is hereby granted. It is further,

ORDERED as follows:

a.  M. Eugene Burke and wife, Mary S. Burke, will pay to the Trustee (acting on behalf of the Debtor's Bankruptcy Estate) the sum of twelve thousand dollars ($12,000.00) for all of the Trustee's right, title and interest in and to all three (3)

tracts, as more particularly set forth in the four (4) deeds describing the legal interests in those properties, copies of which were attached to the said motion, and incorporated therein by reference as Exhibit "A", Exhibit "B", Exhibit "C", and Exhibit "D", respectively. Upon implementation of this Order, neither the Debtor, Billy Rae Jennings, Jr., nor the Bankruptcy Estate of Billy Rae Jennings, Jr., will have any further claim to any of the three (3) lots of real property presently involved in this case.

b. The Trustee will execute appropriate quitclaim deeds, one for each property, conveying all right, title and interest of the Bankruptcy Estate of Billy Rae Jennings, Jr., unto M. Eugene Burke and wife, Mary S. Burke, and the Trustee will also execute an appropriate release of the Bankruptcy Estate of Billy Rae Jennings, Jr. as to such claims, and will, upon request, execute such other evidences of title as may be required to appropriately remove of record any question with respect to the Bankruptcy Estate's interest in any of the subject real property, and Mr. and Mrs. Burke's ownership interests therein, and to clearly establish the rights of any other parties in and to these properties. The quitclaim deeds and any other desired evidences of title of the parties' legal interests will be prepared by, and at the expense of those parties in need of such evidences. The quitclaim deeds and other evidences of title will be prepared pursuant to this Order, after this Court Order is entered.

c. The Trustee will be authorized to sign an appropriate Order in either or both of the pending cases in Bradley County to confirm the ownership interests of the

      parties and the release of the Bankruptcy Estate's interest in any of the real property which is the subject of those two (2) actions.

   d.   The Court costs with respect to both of the proceedings in Bradley County, Tennessee, will be borne by the remaining parties to such litigation, without contribution by the Bankruptcy Estate.

###

.

APPROVED FOR ENTRY:

PURPLE LAW FIRM

/s/ James D. Purple, Sr.
James D. Purple, Sr. BPR#09833
Attorney for Auto Tech Sales and Service, Inc.
6406 East Brainerd Road
Chattanooga, TN 37421
(423)-899-0131
ecf@purplelawfirm.com


WILLIAM M. FOSTER, PLLC


/s/ William M. Foster
William M. Foster, BPR # 1050
Attorney for the Trustee, William M Foster
P.O. Box 4716
Mountain Creek Professional Center
901 Mountain Creek Road - Suite 201
Chattanooga, TN 37405
Telephone:   (423) 877-4250
Facsimile:   (423) 877-8082