

# IN THE UNITED STATES BANKRUPTCY COURT

Eastern District  Of Tennessee

In RE:  In Proceedings Under

08-15917

## Debtor(s)

Bill Jennings

## WITHDRAWAL OF CLAIM

Please withdraw court claim number(s) #4   in the amount of $29634.31  .

/s/ Susan I Gaines

Claim Processor

## Creditor Name & Address

PYOD LLC

c/o Resurgent Capital Services

PO Box 19008

Greenville, SC 29602

Dated:  March 16, 2017

*55 Beattie Place, Ste 110, MS 127 | Greenville, South Carolina 29601 | Telephone: 864-248-8305*