

IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Tennessee

In RE:  In Proceedings:
08-15917

Debtor(s):
Bill Jennings

WITHDRAWAL OF DOCKET ENTRY

Please withdraw Docket # 41 which is a Withdrawal of Claim .

Creditor's Signature    /s/ Susan I Gaines

Creditors Name & Address:
PYOD LLC
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC  29603-0587

Date: March 20, 2017