# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Bill Rae Jennings Jr.   xxx–xx–5680

Case Number:  1:08–bk–15917–SDR  
Chapter:  7

Debtor(s)

## NOTICE OF HEARING

   Notice is hereby given that a hearing will be held on 5/4/17 , at 11:00 AM, in Courtroom B, Third Floor, U. S. Bankruptcy Court, 31 East 11th Street, Chattanooga, TN 37402 on the following:

*43* – Objection to Claim 4 of PYOD, LLC Filed by William M. Foster on behalf of Trustee William M. Foster. Objections due by 04/20/2017. (Attachments: # 1 Proposed Order Disallowing Claim No. 4 of PYOD, LLC)(Foster, William)

*44* – Response to Trustee's Objection to Claim No. 4 Filed by Bret Jacob Chaness on behalf of Creditor PYOD LLC. (Chaness, Bret)

**Pursuant to the local rules of court, specifically E.D. Tenn. LBR 9013–1(f)(4), the moving party and any objecting party are required to attend this hearing. If the moving party or objecting party fails to attend this hearing and the absence has not been excused by the court, the court may conclude that the absent party no longer desires to pursue its motion or objection and at the hearing summarily deny the motion or overrule the objection based on that conclusion. Similarly, the court may deem the failure of any other noticed party to attend the scheduled hearing as a lack of opposition to the granting of the relief requested in the motion.**

Dated: 4/21/17

William T. Magill  
Clerk of the Bankruptcy Court

By:  tde  
Deputy Clerk